AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| James et al <br> *Plaintiff* <br> v. <br> Honors Holdings, LLC <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:23-cv-00591-GBW <br> ) <br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___09/29/2023___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___10/03/2023___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SCOT JAMES and CORE2000 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HONORS HOLDINGS, LLC, <br><br> Defendant. | C.A. No. 1:23-cv-00591-GBW |

### [PROPOSED] STIPULATED FINAL JUDGMENT

WHEREAS, on May 31, 2023, Plaintiffs Robert Scot James and Core2000 LLC (collectively, "Plaintiffs") filed their Complaint against Defendant Honors Holdings, LLC ("Honors") in the above-captioned action, alleging breach of an asset purchase agreement dated as of May 16, 2022 (the "Agreement"), and seeking damages in the principal amount of $5,500,000, as well as pre- and post-judgment interest pursuant to the parties' contractually agreed-upon rate, and Plaintiffs' attorneys' fees (D.I. 1);

WHEREAS, on July 21, 2023, Honors filed its Answer and Affirmative Defenses to Complaint (D.I. 8);

WHEREAS, on August 22, 2023, following discussions between the parties regarding resolution of this matter, Honors provided Plaintiffs with a draft offer of judgment, which was intended to provide a basis for discussion of an entry of judgment in this matter and was not intended to be a formal offer of judgment pursuant to Federal Rule of Civil Procedure 68;

WHEREAS, on August 23, 2023, Plaintiffs provided comments to the draft offer of judgment, and the parties further discussed resolution of this action via a stipulated final judgment;

WHEREAS, the parties, through their respective counsel, hereby agree to the entry of this Stipulated Final Judgment, subject to the approval of the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED:**

1. Judgment is entered for Plaintiffs and against Honors on the claims asserted in Plaintiffs' Complaint, in the amount of $5,947,533.00 (five million, nine-hundred and forty-seven thousand, five-hundred and thirty-three dollars), which shall constitute the principal amount of Plaintiffs' claim, plus pre-judgment interest accrued as of September 28, 2023.

2. Judgment is also entered for Plaintiffs and against Honors with regard to Plaintiffs' attorneys' fees, to which Plaintiffs are entitled pursuant to the parties' Agreement, in the additional amount of $85,000.00 (eighty-five thousand dollars).

3. Post-judgment interest shall continue to accrue on the amount set forth in Paragraph 1 above at the contractual rate of 15% per annum until paid in full.

4. This Stipulated Final Judgment resolves all claims that were asserted, or could have been asserted, by Plaintiffs against Honors, and all claims that could have been asserted by Honors against Plaintiffs, in this action or in connection with the underlying transaction.

5. Honors waives any right to appeal from this Stipulated Final Judgment.

6. Honors waives the 30-day automatic stay of proceedings set forth in Fed. R. Civ. P. 62 for Plaintiffs to enforce this Stipulated Final Judgment.

2

7. Upon entry of this Stipulated Final Judgment, this action is dismissed with prejudice, provided, however, that this Court shall retain jurisdiction to enforce the terms and conditions of this Stipulated Final Judgment.

POTTER ANDERSON & CORROON LLP

By: /s/ John A. Sensing
    John A. Sensing (#5232)
    Hannah L. Paxton (#7096)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    jsensing@potteranderson.com
    hpaxton@potteranderson.com

*Attorneys for Plaintiffs*

Dated: September 28, 2023

BERGER HARRIS LLP

By: /s/ Richard I.G. Jones, Jr.
    Richard I.G. Jones, Jr. (#3301)
    Peter C. McGivney (#5579)
    1105 Market Street, 11th Floor
    Wilmington, DE 19801
    Tel: (302) 655-1140
    rjones@bergerharris.com
    pmcgivney@bergerharris.com

*Attorneys for Defendant*

SO ORDERED this 29th day of September, 2023.

_____
The Honorable Gregory B. Williams

CERTIFIED: OCT 0 3 2023
AS A TRUE COPY:
ATTEST: OCT 0 3 2023
RANDALL C. LOHAN, CLERK
BY _____
    Deputy Clerk

3

Query     Reports     Utilities     Help     Log Out

CLOSED

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00591-GBW

James et al v. Honors Holdings, LLC  
Assigned to: Judge Gregory B. Williams  
Demand: $5,500,000  
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/30/2023  
Date Terminated: 09/29/2023  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Robert Scot James**     represented by     **John Anderson Sensing**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
302-984-6093
Fax: 302-778-6093
Email: jsensing@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Paxton**
Potter Anderson & Corroon
1313 N. Market Street
Ste 6
Wilmington, DE 19801
302-984-6145
Email: hpaxton@potteranderson.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Core2000 LLC**     represented by     **John Anderson Sensing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Paxton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Honors Holdings, LLC**     represented by     **Peter C. McGivney**
Berger Harris, LLP
1105 N. Market Street, 11th Floor

Wilmington, DE 19801
302-655-1140
Fax: 302-655-1131
Email: pmcgivney@bergerharris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard I.G. Jones , Jr.**
Berger Harris, LLP
1105 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 654-1888
Fax: (302) 654-2067
Email: rjones@bergerharris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2023 | 1 | COMPLAINT filed against Honors Holdings, LLC ( Filing fee $ 402, receipt number ADEDC-4147373.) - filed by Robert Scot James, Core2000 LLC. (Attachments: # 1 Civil Cover Sheet)(twk) (Entered: 05/31/2023) |
| 05/30/2023 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (twk) (Entered: 05/31/2023) |
| 05/30/2023 | 3 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Core2000 LLC. (twk) (Entered: 05/31/2023) |
| 05/30/2023 | | No Summons Issued. (twk) (Entered: 05/31/2023) |
| 06/01/2023 | 4 | SUMMONS Returned Executed by Robert Scot James, Core2000 LLC.Honors Holdings, LLC served on 5/31/2023, answer due 6/21/2023. (Sensing, John) (Entered: 06/01/2023) |
| 06/07/2023 | | Case Assigned to Judge Gregory B. Williams. Please include the initials of the Judge (GBW) after the case number on all documents filed. (rjb) (Entered: 06/07/2023) |
| 06/15/2023 | 5 | NOTICE of Appearance by Peter C. McGivney on behalf of Honors Holdings, LLC (McGivney, Peter) (Entered: 06/15/2023) |
| 06/15/2023 | 6 | NOTICE of Appearance by Richard I.G. Jones, Jr on behalf of Honors Holdings, LLC (Jones, Richard) (Entered: 06/15/2023) |
| 06/15/2023 | 7 | STIPULATION TO EXTEND TIME to respond to Complaint to July 22, 2023 - filed by Honors Holdings, LLC. (McGivney, Peter) (Entered: 06/15/2023) |
| 06/16/2023 | | SO ORDERED, re 7 STIPULATION TO EXTEND TIME to respond to Complaint to July 22, 2023 filed by Honors Holdings, LLC. Signed by Judge Gregory B. Williams on 6/16/2023. (etg) (Entered: 06/16/2023) |
| 07/21/2023 | 8 | ANSWER to 1 Complaint *[Answer and Affirmative Defenses to Complaint]* by Honors Holdings, LLC.(Jones, Richard) (Entered: 07/21/2023) |
| 07/21/2023 | 9 | Disclosure Statement pursuant to Rule 7.1: identifying Other Affiliate HH Holdco, Inc. for Honors Holdings, LLC filed by Honors Holdings, LLC. (Jones, Richard) (Entered: 07/21/2023) |

| | | |
|---|---|---|
| 08/07/2023 | 10 | NOTICE OF SERVICE of Plaintiffs' First Set of (1) Interrogatories; and (2) Requests for Production of Documents to Defendant Honors Holdings, LLC (served on 08/03/2023) filed by Core2000 LLC, Robert Scot James.(Sensing, John) (Entered: 08/07/2023) |
| 09/28/2023 | 11 | Joint PROPOSED ORDER Stipulated Final Judgment re 1 Complaint by Core2000 LLC, Robert Scot James. (Sensing, John) (Entered: 09/28/2023) |
| 09/29/2023 | 12 | STIPULATED FINAL JUDGMENT in favor of Core2000 LLC, Robert Scot James against Honors Holdings, LLC in the amount of $5,947,533 plus $85,000 for attorneys' fees (CASE CLOSED). Signed by Judge Gregory B. Williams on 9/29/23. (ntl) (Entered: 09/29/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/06/2023 15:07:10 | | | |
| PACER Login: | nmrs0003 | Client Code: | 060071/01500-FA1 |
| Description: | Docket Report | Search Criteria: | 1:23-cv-00591-GBW Start date: 1/1/1975 End date: 10/6/2023 |
| Billable Pages: | 2 | Cost: | 0.20 |

JS 44 (Rev. 04/21) FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
Robert Scot James and CORE2000, LLC

**DEFENDANTS**
Honors Holdings, LLC

**(b)** County of Residence of First Listed Plaintiff: Florida
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Georgia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Francisco Armada, 2 S Biscayne Boulevard, Miami FL 33131
(305) 373-9411

Attorneys *(If Known)*
Richard I.G. Jones, Jr., 1105 Market Street, 11th Floor, Wilmington, DE 19801, (302) 655-1140

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions

[Nature of suit checkboxes — none selected on this page]

**V. ORIGIN** *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

**VI. RELATED/RE-FILED CASE(S)** *(See instructions):* a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE: _____    DOCKET NUMBER: _____

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1963, registration of judgment from another district
LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ ____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: 10/10/2023    SIGNATURE OF ATTORNEY OF RECORD: /s/ Francisco Armada

FOR OFFICE USE ONLY : RECEIPT # ____ AMOUNT ____ IFP ____ JUDGE ____ MAG JUDGE ____

Case 1:23-cv-23583-XXXX Document 1-2 Entered on FLSD Docket 10/10/2023 Page 2 of 2
Case 1:23-cv-23583-XXXX Document 1-2 Entered on FLSD Docket 10/10/2023 Page 2 of 2
JS 44 (Rev. 04/21) FLSD Revised 12/02/2022

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.
Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.
Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

**VI.** **Related/Refiled Cases.** This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
   Brief Description: Unauthorized reception of cable service

**VIII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature.** Date and sign the civil cover sheet.